**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE FIGUEROA, on behalf of himself and all
others similarly situated,

                Plaintiffs,

         -against-

PVH CORP. d/b/a IZOD,

                Defendant.

Docket No: 1:18-cv-10676-PAE

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff JOSE FIGUEROA, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

    Dated:    Brooklyn, New York
              January 24, 2019

                                 Respectfully submitted,

                                 By: _____
                                 Joseph H. Mizrahi, Esq.
                                 Cohen & Mizrahi LLP
                                 300 Cadman Plaza West, 12 Fl.
                                 Brooklyn, New York 11201
                                 Phone: (929) 575-4175
                                 Email: joseph@cml.legal
                                 *Attorney for Plaintiff*

1